**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| RICARDO MURRIETA-ESPINO, | No. 04-74449 |
| Petitioner, | |
| v. | Agency No. A017-182-468 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 15, 2011[**]

Before:    CANBY, FERNANDEZ, and M. SMITH, Circuit Judges.

Ricardo Murrieta-Espino, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order sustaining the government's

appeal from an immigration judge's decision.  We have jurisdiction under 8 U.S.C.

§ 1252, and we grant the petition for review and remand for further proceedings.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

The agency determined that Murrieta-Espino was removable under the aggravated felony ground of deportation, 8 U.S.C. § 1227(a)(2)(A)(iii), based on his 1986 conviction for violating California Penal Code § 288(a). Subsequent to the agency's decision in this case, we held in *Ledezma-Galicia v. Holder*, Nos. 03-73648, 04-35048, 2010 WL 5174979 (9th Cir. Dec. 22, 2010), that 8 U.S.C. § 1227(a)(2)(A)(iii) does not apply to convictions that occurred prior to November 18, 1988. We therefore grant the petition for review and remand to the agency in light of *Ledezma-Galicia*.

In light of our disposition, we do not reach Murrieta-Espino's remaining contentions.

**PETITION FOR REVIEW GRANTED, REMANDED.**